DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th St, Ste 100
Sacramento, CA 95814
Telephone: (916) 447-8600
Fax: (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
JOSHUA AVILA

IN THE UNITED STATES OF DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSHUA AVILA,

    Defendant.

CR.S. No. 2:13-CR-00177 KJM

~~PROPOSED~~ ORDER

The defendant's motion is granted and the Court orders that the case be placed on calendar on November 20, 2013, at 9:00 a.m. for change of plea.

DATE: 11/15/13

Hon. Kimberly J. Mueller
U.S. District Judge

-2-